<table>
| Kaloi v. County of Hawai'i | CAAP–15–0000308 | 06/08/2016 | Affirmed |
|---|---|---|---|
| Central Pacific Bank v. Frederick | CAAP–15–0000425 | 06/09/2016 | Affirmed |
| State v. Akui | CAAP–15–0000310 | 06/14/2016 | Affirmed |
| Greenspon v. Deutsche Bank Nat. Trust Co. | CAAP–13–0001432 | 06/14/2016 | Affirmed in Part, Vacated in Part and Remanded |
| Medeiros v. Choy | CAAP–13–0003500 | 06/16/2016 | Vacated and Remanded |
| Pasco v. Board of Trustees of Employees' Retirement System | CAAP–13–0003629 | 06/17/2016 | Vacated and Remanded |
| Bank of New York Mellon v. R. Onaga, Inc. | CAAP–14–0000426 | 06/21/2016 | Vacated and Remanded |
| Swift v. Swift | CAAP–13–0000101 | 06/30/2016 | Affirmed and Remanded |
| Hasircoglu v. FOPCO, Inc. | CAAP–13–0002064 | 06/30/2016 | Affirmed |
| McCully Associates v. Ten Grand Associates | CAAP–15–0000080 | 07/07/2016 | Affirmed |
| Bank of New York Mellon v. Blye | CAAP–14–0000784 | 07/22/2016 | Affirmed |
| Gustafson Real Estate LLC v. Watkins | CAAP–15–0000479 | 07/22/2016 | Affirmed |
| Oliveira v. Oliveira | CAAP–14–0001298 | 07/28/2016 | Affirmed |
</table>

| Association of Apartment Owners of Royal Aloha v. Certified Management, Inc. | CAAP–15–00 00445 | 07/19/2016 | Denied | 138 Hawai'i 276, 378 P.3d 992 |
|---|---|---|---|---|